IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| SANDRA LIFSCHITZ, HENRY FELT and DIANE FELT, | § § § | |
| Plaintiffs Below, Appellants, | § § § § | |
| | § | No. 301, 2020 |
| v. | § § | |
| STEVE A. KANDARIAN, CHERYL W. GRISÉ, CARLOS M. GUTIERREZ, GERALD L. HASSELL, DAVID L. HERZOG, R. GLENN HUBBARD, EDWARD J. KELLY, III, WILLIAM E. KENNARD, JAMES M. KILTS, CATHERINE R. KINNEY, DENISE M. MORRISON, WAYNE DANIEL, STEVEN J. GOULART, JOHN C.R. HELE, JOHN M. KEANE, ALFRED F. KELLY, JR., ROBIN LENNA, MARIA R. MORRIS, HUGH B. PRICE, KENTON J. SICCHITANO, LULU WANG, and WILLIAM A. WHEELER, | § § § § § § § § § § § § § § § § § § § § | Court Below: Court of Chancery of the State of Delaware

C.A. No. 2019-0452 |
| Defendants Below, Appellees, | § § § | |
| and | § § | |
| METLIFE, INC., | § § | |
| Nominal Defendant Below. | § | |

Submitted: March 3, 2021
Decided: March 22, 2021

Before **SEITZ**, Chief Justice; **VALIHURA**, and **MONTGOMERY-REEVES**, Justices.

# **O R D E R**

This 22nd day of March, 2021, having considered this matter on the briefs and the

oral arguments of the parties and the record below, and having concluded that the same

should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its Memorandum Opinion dated August 17, 2020;

NOW, THEREFORE, IT IS ORDERED that the decision of the Court of Chancery be, and the same hereby is, AFFIRMED.

BY THE COURT:


*/s/ Karen L. Valihura*
Justice